# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

THREE RIVERS COMMONS OWNER'S
ASSOCIATION, INC.

NO.   2021 CW 1469

VERSUS

DONNA GRODNER, ET AL

**JANUARY 26, 2022**

In Re:   Donna Grodner, applying for supervisory writs, 21st
Judicial District Court, Parish of Livingston, No.
171319.

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**MRT**

**Welch, J.,** concurs and would deny the writ on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT